NASSAU, The (HARLAN v.). See Cases Nos. 6,066 and 6,067.

NATCHEZ, The (BATES v.). See Case No. 1,102.

NATCHEZ, The (FAWCETT v.). See Case No. 4,703.

NATHAN (UNITED STATES v.). See Case No. 15,857.

## Case No. 10,029.

### The NATHAN HANNAN.

District Court, S. D. Florida. March 11, 1859.

SALVAGE — VESSEL LOST — CARGO AND MATERIAL SAVED — AMOUNT OF SALVAGE.

[Cited in Pent v. The Ocean Belle. Case No. 10,961, as an instance in which salvage of 45 per centum was allowed, the amount saved being small.]

[This was a libel by Philip Baker and others against the cargo and materials of the ship Nathan Hannan for compensation for salvage services.]

Winer Bethel, for libellants.
S. J. Douglas, for respondent.

MARVIN, District Judge. This ship being lost in this case and the materials sold for $1,682.14, and the cargo appraised at $2,872.25, making an aggregate of $4,559.39. It is ordered, and decreed, that the libellants have, and recover in full compensation for their services, forty-five per cent. upon the net value of the property saved by them; the net value to be ascertained by deducting from the gross value the wharfage, storage, labor bills in landing and storing the cargo and reshipping it, merchants' commissions, and other charges; and upon the payment of said salvage, costs, and charges, the marshal restore said cargo to the master of said ship, for and on account of whom it may concern.